United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| DONALD M. PARKS d/b/a AQUA PURIFICATION, INC, BARBARA J. PARKS, §§§§ Plaintiff, § VS. § STATE FARM LLOYDS, §§§ Defendant. § | CIVIL ACTION NO. 6:19-CV-00075 |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' Joint Stipulation of Dismissal with prejudice (Dkt. No. 17).

Accordingly, it is ORDERED that all claims by Donald M. Parks and Barbara J. Parks d/b/a Aqua Purification, Inc. against State Farm Lloyds in the above-styled and numbered cause are hereby dismissed with prejudice.

Furthermore, it is ORDERED that State Farm Lloyds and Donald M. Parks and Barbara J. Parks d/b/a Aqua Purification, Inc. are hereby dismissed from the above-styled and numbered cause.

The parties shall bear their own costs and legal fees.

This Order disposes of all parties and all claims and is therefore final.

It is so ORDERED.

SIGNED on this 11th day of September, 2020.

_____
Kenneth M. Hoyt
United States District Judge